IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3026 |
| vs. | |
| GUSTAVO LEMUS, | ORDER |
| Defendant. | |

This matter is before the Court on correspondence from the defendant (filing 53) that the Court has filed as a motion for copies. That motion will be granted. The Clerk of the Court will be directed to send the defendant a copy of the docket sheet, along with a copy of form AO 243, "Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody (Motion Under 28 U.S.C. § 2255)."

IT IS ORDERED:

1.  The defendant's motion for copies (filing 53) is granted.

2.  The Clerk of the Court is directed to send the defendant a copy of the docket sheet in the above-captioned case.

3.  The Clerk of the Court is also directed to send the defendant a copy of form AO 243.

Dated this 6th day of August, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge