IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3026 |
| vs. | |
| GUSTAVO LEMUS, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion to reduce his sentence (filing 58) pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and U.S.S.G. § app. C, amend. 782. That motion will be denied.

The defendant was convicted of possession with intent to distribute 50 grams or more of methamphetamine. Filing 51 at 1. The statutory mandatory minimum sentence for that offense is 10 years' imprisonment. 21 U.S.C. § 841(b)(1)(A)(viii). The defendant was sentenced to the mandatory minimum. Filing 51 at 2. And the Court is without authority to impose a sentence below a statutory mandatory minimum sentence. *See United States v. Theeler*, 633 F. App'x 358, 359 (8th Cir. 2016).

IT IS ORDERED that the defendant's motion (filing 58) is denied.

Dated this 5th day of April, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge